UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on August 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James L. Williams,

                Debtors

Case No.: 16-32320 (MBK)

Chapter 13

Hearing Date:

Judge: MBK

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 1, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.  16-32320 (MBK)
Order Granting Supplemental Chapter 13 Fees
Page 2

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00 for services rendered and expenses in the amount of $ n/a for a total of $ 400.00. The allowance shall be payable:

    XXXXX    through the Chapter 13 plan as an administrative priority.

             outside the plan.

    The debtor's monthly plan is modified to require a payment of $580.00 per month for 48 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)