UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on August 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>James L. Williams,<br><br>                         Debtors | Case No.: 16-32320 (MBK)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**

**DATED: August 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.   16-32320 (MBK)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been

rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00                      for

services rendered and expenses in the amount of $  n/a      for a total of $ 400.00                      .  The

allowance shall be payable:

XXXXX          through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtor's monthly plan is modified to require a payment of $580.00   per month for   48

months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-32320-MBK
James L. Williams                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 01, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db              +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo   on behalf of Creditor   CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com/mhazlett@mortoncraig.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corp.
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com/mhazlett@mortoncraig.com
          Michael Frederick Dingerdissen   on behalf of Creditor   CALIBER HOME LOANS, INC.
           nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Stacey L. Mullen   on behalf of Debtor James L. Williams slmullen@comcast.net
                                                                                TOTAL: 8