**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

786844
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
**ATTORNEYS FOR CALIBER HOME LOANS, INC.**

In Re:

JAMES WILLIAMS A/K/A JAMES L. WILLIAMS



**Order Filed on August 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-32320
Hearing Date: 7/25/2017
Judge: Michael B Kaplan

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | **CALIBER HOME LOANS, INC.** |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Stacey L. Mullen, Esquire |
| Property Involved ("Collateral"): | 31 Nippins Avenue, Mount Holly, NJ 08060 |

Relief sought: ☒ **Motion for relief from the automatic stay**

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for **8** months, from **December 1, 2016** to **July 1, 2017**.

    ☒ The Debtor is overdue for **8** payments at $**1,589.74** per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    **Total Arrearages Due $12,717.92**.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $**2,500.00**. Payment shall be made no later than .

    ☒ Beginning on **August 1, 2017**, regular monthly mortgage payments shall continue to be made.

    ☒ Beginning on **August 1, 2017**, additional monthly cure payments shall be made in the amount of **$729.86** for **13** months.

    ☒ On **September 1, 2018**, additional monthly cure payment shall be made in the amount of $**729.74**

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

**Caliber Home Loans, Inc**

**P.O. Box 650856**

**Dallas, TX 75265-0856**

☒ Regular Monthly payment:

**Same as above**

☒ Monthly cure payment:

**Same as above**

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than

        thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5.    Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $\_\_\_\_\_, and costs of $\_\_\_\_\_.

        The fees and costs are payable:

        ☐ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

        ☐ to the Secured Creditor within \_\_\_\_\_ days.

        ☐ Attorneys' fees are not awarded.

6.    This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.