Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–32320–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James L. Williams
31 Nippins Avenue
Mt. Holly, NJ 08060

Social Security No.:
xxx–xx–9512

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/7/17 at 10:00 AM

to consider and act upon the following:

*52* – Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Sherri J. Braunstein on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 10/10/2017. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Braunstein, Sherri)

Dated: 10/5/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court