Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−32320−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James L. Williams
   31 Nippins Avenue
   Mt. Holly, NJ 08060

Social Security No.:
   xxx−xx−9512

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/7/17 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Sherri J. Braunstein on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 10/10/2017. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Braunstein, Sherri)


Dated: 10/5/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
James L. Williams  
       Debtor

Case No. 16-32320-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 05, 2017  
                     Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db           +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jill   Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Sherri J. Braunstein    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, vbarber@udren.com  
       Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net

                                                                                                                                              TOTAL: 9