Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−32320−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James L. Williams
   31 Nippins Avenue
   Mt. Holly, NJ 08060

Social Security No.:
   xxx−xx−9512

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 21, 2017.

    On 11/25/2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                January 9, 2018
Time:               10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 27, 2017
JAN: amg

                                                                Jeanne Naughton
                                                                Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                             Case No. 16-32320-MBK
James L. Williams                                                                  Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Nov 27, 2017
                              Form ID: 185                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040
516737938      +Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
516513189      +Caliber Home Loans,    P.O. Box 650856,    Dallas, TX 75265-0856
516764598       Caliber Home Loans, Inc.,    138010 Wireless Way,    Oklahoma City, OK 73134
516513196      +Capital One Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516513202      +DJO, LLC,   P.O. Box 660117,    Dallas, TX 75266-0117
516653195      +FORTIVA,   PO BOX 105555,    ATLANTA, GA 30348-5555
516513190      +Fein, Such, Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516513194       Fortiva Credit,    P.O. Box 79105,    St. Louis, MO 63179
516513191      +Jaguar Financial Group,    c/o Chase,    P.O. Box 78069,    Phoenix, AZ 85062-8069
516513199      +Physicians Billing-PB CHOP,    P.O. Box 788017,    Philadelphia, PA 19178-8017
516513204      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
516513201      +Reconstructive Orthopedics,    4 Eves Drive,    Building A, Suite 100,    Marlton, NJ 08053-3195
516513193      +Taylor Williams,    58 Church Street,    Mt. Holly, NJ 08060-1718
516513205      +Virtua Medical Group,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
516513203     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court:  Voorhees Pain Consultants,    102 E. Centre Boulevard,
                 Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2017 22:40:44       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2017 22:40:39       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2017 22:40:51
                 American Honda Finance Corporation,    3625 W. Royal Lane Suite 200,    Irving, TX  75063,
                 UNITED STATES
516513192       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2017 22:40:51       Honda Financial Services,
                 2080 Cabot Boulevard West,    Langhorne, PA 19047
516535328       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2017 22:40:51       American Honda Finance Corp.,
                 P.O. Box 168088,    Irving, TX  75016-8088
516653128       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2017 22:40:51
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
516764599      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 27 2017 22:41:27       Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
516513198      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 27 2017 22:41:21
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516513195      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 27 2017 22:36:31       Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
516552264       E-mail/Text: bk.notifications@jpmchase.com Nov 27 2017 22:40:30       JPMorgan Chase Bank, N.A.,
                 PO Box 29505,    Phoenix, AZ 85038-9505
516693485      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2017 22:40:38       MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516513197      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2017 22:40:38       Midland Funding, LLC,
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
516763944       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2017 22:44:18
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516668729      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2017 22:36:25       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance Corp.,    P.O. Box 168088,
                Irving, TX  75016-8088)
516513200*    ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                VOORHEES NJ 08043-4408
               (address filed with court:  West Jersey Anesthesia Associates,    102 E. Centre Boulevard,
                Marlton, NJ 08053)
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 27, 2017
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill   Manzo     on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Sherri J. Braunstein     on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net
                                                                                             TOTAL: 9
```