UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James L. Williams,

                        Debtors

Case No.: 16-32320 (MBK)

Chapter 13

Hearing Date:

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: December 5, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Case No.  16-32320 (MBK)
Order Granting Supplemental Chapter 13 Fees
Page 2

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

  ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 700.00 for services rendered and expenses in the amount of $ n/a for a total of $ 700.00. The allowance shall be payable:

   XXXXX  through the Chapter 13 plan as an administrative priority.

       outside the plan.

  The debtor's monthly plan is modified to require a payment of $414.00 per month for 44 months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)