UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on May 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James L. Williams,

                Debtors

Case No.: 16-32320 (MBK)

Chapter 13

Hearing Date:

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**

**DATED: May 22, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No.  16-32320 (MBK)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

<u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$426.00</u> per month for <u>44</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32320-MBK
James L. Williams                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin            Page 1 of 1           Date Rcvd: May 22, 2018
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db          +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
       alex@winstonandwinston.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jill   Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
      John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyefile@rasflaw.com
      Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
       nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
      Sherri J. Braunstein    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net
                                                                                                            TOTAL: 12