Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 923
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

Order Filed on June 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

    James L Williams,

           Debtor.

Case No. 16-32320-MBK
(Chapter 13)

Judge: Michael B Kaplan

**CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148)  WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)**

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: June 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: James L Williams
Case No.: 16-32320-MBK
Caption of Order: CONDITIONAL ORDER REGARDING MOTION FOR AUTOMATIC STAY AS TO THE 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the Stipulation of JPMORGAN CHASE BANK N.A., ("Chase") and James L Williams ("Debtor") under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the attached Stipulation is "SO ORDERED."

Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
750 Third Avenue, Suite 923
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br><br>    James L Williams,<br><br>        Debtor. | STIPULATION RESOLVING MOTION FOR RELIF OF THE AUTOMATIC STAY<br><br>Case No. 16-32320-MBK<br>(Chapter 13)<br><br>Oral Argument NOT requested |

WHEREAS, JPMorgan Chase Bank, N.A., ("Chase") is a secured creditor in the above referenced matter with regard to a 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) ("Vehicle"); and

WHEREAS, Chase has a perfected lien regarding the Vehicle, which lien secures the repayment of a New Jersey Retail Installment Contract entered into between James Williams, ("Debtor") and Chase on December 26, 2014 for the purchase of the Vehicle; and

WHEREAS, the debtor is default of the Retail Installment Contract but seeks to cure the default and retain the Vehicle and continue to make payments pursuant to the Retail Installment Contract and applicable, state and federal law outside of the Plan; and

WHEREAS Chase filed a motion to Lift the Automatic Stay on or about February 28, 2018which was made returnable on March 20, 2018 ("Motion") which was adjourned until May 15, 2018; and

WHEREAS, on March 9, 2018, the Debtor had filed opposition to Chase's Motion on the basis that the Debtors were to cure the default and continue to make regular monthly payments outside of the plan thereafter; and

WHEREAS, the parties seek to amicably resolve this matter and have agreed to the following:

IT IS HEREBY STIPULATED AND AGREED, in order to cure the past due arrears Debtors agree as follows:

- Debtor will make payments four (4) payments of $1,151.75 representing ($880.75 for the arrears and $271.00 for the regular monthly payment) starting on May 21, 2018;

- Thereafter, regular monthly payments in the amount of $271.00 per month are to be made to Chase on the 14th day of every month until the full amount of the perfected lien is paid.

IT IS FURTHER STIPULATED AND AGREED, that the Debtor will continue to maintain insurance on the Vehicle and will keep the Vehicle in good condition, free any encumbrances and seizures; and

IT IS FURTHER STIPULATED AND AGREED, upon failure to make any payments on time and in full, Chase, either directly or through its agents or attorneys shall send a ten (10) day cure letter to debtors and debtors' attorney, and upon failure to timely cure any default within ten (10) days of the date of the notice, Chase may immediately and without further notice, exercise its rights with respect to the Vehicle 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148); and

IT IS FURTHER STIPULATED AND AGREED, that in the event that Debtor defaults pursuant to the terms of this Settlement Agreement and Chase enforces its security interest and

repossesses the Vehicle, the Trustee's right to surplus funds is hereby preserved, and Trustee will be given written notice of any surplus monies (if any) remaining after the sold of the Vehicle. Chase is directed to turn over surplus monies (if any) to the Trustee as property of the estate; and

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in multiple counterparts, each of which shall be deemed original and all of which when taken together shall constitute one and the same instrument; and

IT IS FURTHER STIPULATED AND AGREED, that electronic, copied and facsimile signatures are deemed originals for all purposes.

Dated: May 14, 2018

Dated: May 14, 2018

_____
Aleksander Powietrzynski
Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A.
750 Third Avenue, Suite 923
New York, NY 10017
Tel: (212) 922-9483
Fax: (212) 922-9484
Alex@winstonandwinston.com

_____
Stacey L. Mullen
Law Office of Stacey L. Mullen
Attorney for Debtor
2091 N. Spingdale Rd., Suite 17
Cherry Hill, NJ 08003
Tele: (856) 778-8677
Fax:  (856) 778-8677
slmullen@comcast.net

United States Bankruptcy Court
District of New Jersey

In re:  
James L. Williams  
    Debtor

Case No. 16-32320-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db          +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
       alex@winstonandwinston.com  
       Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       Jill    Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation  
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.  
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyefile@rasflaw.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.  
       nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
       Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,  
       nj.bkecf@fedphe.com  
       Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net  
                                                                                   TOTAL: 12