Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

James L. Williams,

Debtor.

Case No. 16-32320
(Chapter 13)

Hearing Date:

Judge: Hon. Michael B Kaplan

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2008 MERCEDES-BENZ S CLASS (VIN: WDDNG86X58A197148) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: April 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): James L. Williams
Case No.: 16-32320
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) ("Vehicle") and upon the Creditor's Certification of Default of this Court's Conditional Order Regarding JPMorgan Chase Bank's Motion for Relief as to the 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) With Waiver of F.R.B.P. Rule 4001(A)(3) dated June 13, 2018 which provided for relief of the automatic stay upon filing and service of the certification of nonpayment, and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.