Winston & Winston, P.C.
Attorneys for JPMorgan Chase Bank, N.A. (Secured Creditor)
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
(212) 532-2700
Aleksander Powietrzynski (AP7768)

Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

James L. Williams,

Debtor.

Case No. 16-32320
(Chapter 13)

Hearing Date:

Judge: Hon. Michael B Kaplan

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2008 MERCEDES-BENZ S CLASS (VIN: WDDNG86X58A197148) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

The Relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: April 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): James L. Williams
Case No.: 16-32320
Caption of Order: ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO THE 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) WITH WAIVER OF F.R.B.P. RULE 4001(A)(3)

---

Upon the motion of JPMORGAN CHASE BANK N.A., under Bankruptcy Code Section 362 (d)(1) and 362 (d)(2) for relief from the automatic stay as to a 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) ("Vehicle") and upon the Creditor's Certification of Default of this Court's Conditional Order Regarding JPMorgan Chase Bank's Motion for Relief as to the 2008 Mercedes-Benz S Class (VIN: WDDNG86X58A197148) With Waiver of F.R.B.P. Rule 4001(A)(3) dated June 13, 2018 which provided for relief of the automatic stay upon filing and service of the certification of nonpayment, and for good cause shown and no cause to the contrary appearing;

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to pursue the movant's rights in the Vehicle described above to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the provision of F.R.B.P. Rule 4001(a)(3) which states that this order will be effective fourteen days from the date of its entry is hereby waived and the order shall be effective upon its entry.

The movant shall serve this order on the debtors, debtors' attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 16-32320-MBK
James L. Williams                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 23, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
db             +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyefile@rasflaw.com
              Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net
                                                                                             TOTAL: 12
```