Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 16−32320−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James L. Williams
   31 Nippins Avenue
   Mt. Holly, NJ 08060

Social Security No.:
   xxx−xx−9512

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: slf

                                                    Jeanne Naughton
                                                    Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 16-32320-MBK
James L. Williams                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2019
                               Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db             +James L. Williams,    31 Nippins Avenue,    Mt. Holly, NJ 08060-2040
516737938      +Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
516513189      +Caliber Home Loans,    P.O. Box 650856,    Dallas, TX 75265-0856
516764598       Caliber Home Loans, Inc.,    138010 Wireless Way,    Oklahoma City, OK 73134
516513202      +DJO, LLC,    P.O. Box 660117,    Dallas, TX 75266-0117
516653195      +FORTIVA,    PO BOX 105555,    ATLANTA, GA 30348-5555
516513190      +Fein, Such, Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516513194       Fortiva Credit,    P.O. Box 79105,    St. Louis, MO 63179
516513191      +Jaguar Financial Group,    c/o Chase,    P.O. Box 78069,    Phoenix, AZ 85062-8069
516513199      +Physicians Billing-PB CHOP,    P.O. Box 788017,    Philadelphia, PA 19178-8017
516513204      +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
516513201      +Reconstructive Orthopedics,    4 Eves Drive,    Building A, Suite 100,    Marlton, NJ 08053-3195
516513193      +Taylor Williams,    58 Church Street,    Mt. Holly, NJ 08060-1718
516513205      +Virtua Medical Group,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
516513203     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court:   Voorhees Pain Consultants,    102 E. Centre Boulevard,
                 Marlton, NJ 08053)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Jun 14 2019 04:13:00      American Honda Finance Corporation,
                 3625 W. Royal Lane Suite 200,    Irving, TX  75063, UNITED STATES
516513192       EDI: HNDA.COM Jun 14 2019 04:13:00      Honda Financial Services,    2080 Cabot Boulevard West,
                 Langhorne, PA 19047
516535328       EDI: HNDA.COM Jun 14 2019 04:13:00      American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088
516653128       EDI: HNDA.COM Jun 14 2019 04:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
516764599      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 14 2019 00:58:44      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
516513196      +EDI: CAPITALONE.COM Jun 14 2019 04:18:00      Capital One Services,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
516513198      +EDI: CCS.COM Jun 14 2019 04:18:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
516513195      +EDI: RCSFNBMARIN.COM Jun 14 2019 04:18:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
516552264       EDI: CAUT.COM Jun 14 2019 04:13:00      JPMorgan Chase Bank, N.A.,    PO Box 29505,
                 Phoenix, AZ 85038-9505
516693485      +EDI: MID8.COM Jun 14 2019 04:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516513197      +EDI: MID8.COM Jun 14 2019 04:18:00      Midland Funding, LLC,    P.O. Box 60578,
                 Los Angeles, CA 90060-0578
516763944       EDI: PRA.COM Jun 14 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516668729      +EDI: RMSC.COM Jun 14 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance Corp.,    P.O. Box 168088,
                 Irving, TX  75016-8088)
516513200*    ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court:   West Jersey Anesthesia Associates,    102 E. Centre Boulevard,
                 Marlton, NJ 08053)
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyefile@rasflaw.com
          Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Stacey L. Mullen    on behalf of Debtor James L. Williams slmullen@comcast.net
                                                                                             TOTAL: 12
```